# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134832
134833
& (50)
(51)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTOINE TEEL,
        Defendant-Appellant.

SC: 134832, 134833
COA: 264588, 273860
Wayne CC: 05-001274-01

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The miscellaneous motion is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

11119